**No. 62457.**—Gehrig, Hoban & Co., Inc. *v.* United States, protest 319106–K (New York).

Opinion by FORD, J. The protest was dismissed.

NOVEMBER 17, 1958

**No. 62458.**—SUIT 4961.—United States *v.* Sciaky Bros., Inc.—C. D. 1972. (Appeal dismissed October 1, 1958.)

NOVEMBER 18, 1958

**No. 62459.**—SUIT 4966.—F. S. Whelan & Sons *v.* United States.—C. D. 1982. (Appeal dismissed October 1, 1958.)

BEFORE THE FIRST DIVISION, NOVEMBER 24, 1958

**No. 62460.**—Chekiang Co. and Hensel, Bruckmann & Lorbacher, Inc., et al. *v.* United States, protests 291973–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C. C. P. A. 72, C. A. D. 676), the claim at 22½ percent under the provision in paragraph 397, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), for articles or wares in chief value of base metal, not specially provided for, was sustained. The merchandise under protest 326777–K, which was entered on or after June 30, 1956, was held dutiable at 21 percent under said paragraph, as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T. D. 54108).